FILED

07/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0070

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**SUPREME COURT CAUSE NO.  DA 20-0070**

IN RE THE MARRIAGE OF: )
)
SHARILYN J. SIMONSEN, )
) <u>SUPREME COURT CAUSE No. DA 20-0070</u>
) <u>DISTRICT COURT CAUSE No. CDR-18-0216</u>
         Petitioner/Appellee, )
) **ORDER**
   vs. )
)
)
RUSSEL A. SIMONSEN, )
)
         Respondent/Appellant. )

UPON REVIEW of the Appellant's *Motion for Extension of Time to File Opening Briefs* and with good cause being shown;

IT IS HEREBY ORDERED that Appellant's opening brief is due August 10, 2020.

CC:
   - Appellant, c/o Patrick F. Flaherty
   - Appellee, c/o Jeffrey S. Ferguson
   - Appellee, c/o Dana A. Henkel

**ORDER**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 7 2020